**Form 751deny**[Order Deny Application Installments]

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re:  
    Geneva Garzarelli  
        Debtor(s).

Case No. 19–24566 KRA

Chapter 13

## ORDER DENYING FEE APPLICATION IN INSTALLMENTS

The Court having reviewed the Application to Pay Filing Fee in Installments, finds that the Debtor has not paid filing fees in previously−filed cases in full. Therefore, it is hereby

**ORDERED**, that the Application to Pay Filing Fee in Installments is **DENIED**, and it is further

**ORDERED** that the Debtor shall, by July 8, 2019, pay the case filing fee in full.

Dated and Entered on: June 25, 2019

*Kevin R. Anderson*

United States Bankruptcy Judge   (5 – 3)

United States Bankruptcy Court
District of Utah

In re:  Case No. 19-24566-KRA
Geneva Garzarelli  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 1088-2  User: jst  Page 1 of 1  Date Rcvd: Jun 25, 2019
                 Form ID: f751deny  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2019.
db        +Geneva Garzarelli,   2897 West 2300 North,   Clinton, UT 84015-7634

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2019                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2019 at the address(es) listed below:
        Lon Jenkins tr   ecfmail@ch13ut.org, lneebling@ch13ut.org
        United States Trustee   USTPRegion19.SK.ECF@usdoj.gov
                                                   TOTAL: 2